SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
MIRA CHERNICK, MSB #696845
Assistant United States Attorney
Mira.Chernick@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

NOAH MADRANO

3:22-mj-00121

ORDER TO SEAL CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

UNDER SEAL

This matter having come before the Court upon the motion by the government for an order to seal the Complaint and Affidavit in support of the Complaint, and Arrest Warrant in this matter; and the Court being fully advised in the premises and finding good cause:

//

**Order to Seal Criminal Complaint and Arrest Warrant**

IT IS HEREBY ORDERED that the Complaint, Affidavit in support of the Complaint, Arrest Warrant, this Order, and the underlying Motion to Seal are SEALED until further order of the Court.

Dated: July   2  , 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*Stacie J Beckerman*
_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

/s/ *Mira Chernick*
MIRA CHERNICK, MSB #696845
Assistant United States Attorney

**Order to Seal Criminal Complaint and Arrest Warrant**